Polly Atkinson
Securities and Exchange Commission
1801 California Street, Suite 1500
Denver, Colorado 80202
Telephone No.: (303) 844-1000
Facsimile: (303) 844-1068
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| Securities and Exchange Commission, | : | **CV- N-03-0463-ECR-VPC** |
| Plaintiff, | : | |
| v. | : | ORDER DIRECTING PAYMENT TO THE UNITED STATES TREASURY |
| Gabor S. Acs and Penny King Holdings, Inc. | : | |
| Defendants. | : | |

Upon consideration of plaintiff Securities and Exchange Commission's Motion for Payment to the United States Treasury and all responses thereto,

IT IS HEREBY ORDERED that the Clerk of this Court pay all funds presently being held in the Registry in connection with the above captioned action, together with all interest accrued thereon, by check to the order of the Securities and Exchange Commission. The check shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, 100 F Street, NE, Stop 6042, Washington DC 20549, under cover of a letter copied to the Commission's counsel of record that identifies the caption and action number of this case and the name of this Court, and that indicates that the funds are being paid for deposit by the Comptroller, Securities and Exchange Commission, into the United States Treasury;

- 1 -

IT IS FURTHER ORDERED that upon receipt of such funds, the Office of Financial Management, Securities and Exchange Commission, shall promptly remit the funds to the United States Treasury; and

IT IS FURTHER ORDERED that any funds, assets or proceeds that the Court or Commission may collect in the future from defendants in the above captioned action (or their respective representatives, agents, heirs or assigns) in satisfaction of the judgment in this action shall be promptly remitted to the United States Treasury.

SO ORDERED.

Date:  April 2, 2012.

_____
UNITED STATES DISTRICT JUDGE
Edward C. Reed, Jr.